UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLAYTON SAMUEL WILSON, Plaintiff, Sui Juris

v.

Stephanie Diamadi, Defendant (In Individual Capacity).

VERIFIED COMPLAINT FOR CONSTITUTIONAL TORT AND EQUITABLE RELIEF

(JURISDICTIONAL CHALLENGE UNDER S.C.R. 1795)

COMES NOW, Clayton Samuel Wilson, a living natural man, to file this Constitutional Tort Claim against the Defendant for violations of the 4th, 5th, 13th, and 14th Amendments.

I. THE PARTIES AND STATUS

Plaintiff: Clayton Samuel Wilson is a living natural man. Pursuant to Penhallow v. Doane's Administrators (1795), Plaintiff stands over—and not under—the Constitutional Chartered Government.

Defendant: Stephanie Diamadi is a corporate agent acting under color of law who has willfully ignored the Plaintiff's status correction and emancipation documents.

II. STATEMENT OF FACTS

3. Status Correction: Plaintiff served the Court and the Defendant with a formal "Status Correction" and "Notice of Revocation of Contract" via Certified Mail on multiple occasions.

4. Administrative Fraud: Despite receiving constructive and actual notice that the Plaintiff is a living man and not an "Artificial Person," the Defendant willfully ignored the record.

5. Unlawful Warrant: On June 10, 2025, the Defendant issued a warrant for the arrest of the Plaintiff. This warrant is Void Ab Initio as it was issued against an "Artificial Person" (the All-Caps Name) and seeks to seize the "Tangible" man without parity or jurisdiction.

III. CAUSE OF ACTION: CONSTITUTIONAL TORT

6. Violation of the 4th Amendment: The issuance of a warrant without subject matter jurisdiction constitutes an "Unreasonable Seizure."

7. Violation of the 13th Amendment: By ignoring the Plaintiff's emancipation, the Defendant is attempting to re-impose Involuntary Servitude through a corporate legal manifestation.

8. Piercing Immunity: Under Pulliam v. Allen, 466 U.S. 522 (1984), judicial immunity does not protect a judge from Equitable Relief or for acts done in the "clear absence of all jurisdiction."

9. Penhallow Precedent: As established in 1795, a government (an artificial person) cannot concern itself with the "Tangible" (the natural man). By issuing a warrant, the Defendant has attempted to bridge the gap between "the Imaginary" and "the Tangible" without a valid contract, which is a structural error.

IV. PRAYER FOR RELIEF

VACATE the void warrant immediately.

A DECLARATORY JUDGMENT that the Defendant lacks corporate jurisdiction over the Plaintiff.

COMPENSATORY DAMAGES for the administrative fraud and emotional distress caused by the threat of unlawful seizure.

VERIFICATION

I, Clayton Samuel Wilson, declare under penalty of perjury that the foregoing is true and correct.

CLAYTON SAMUEL WILSON, Sui Juris

141 Grandview Ave
Bridgeport CT 06606